# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MONICA JONES,<br>                              Appellant,<br>vs.<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION; WELLS FARGO<br>MASTER SERVICING; MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; WELLS FARGO<br>BANK, N.A.; AMERICAN HOME<br>MORTGAGE SERVICING, INC.; AND<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR TBW MORTGAGE-<br>BACKED TRUST MORTGAGE PASS<br>THROUGH CERTIFICATES SERIES<br>2006-3,<br>                              Respondents. | No. 69380 |

**FILED**

JAN 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order expunging a lis pendens. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. In particular, this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal from an order expunging a lis pendens. *See* NRAP 3A(b) (listing

orders and judgments from which an appeal may be taken). Accordingly, as we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. William D. Kephart, District Judge
Monica Jones
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk